UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: HEATHER HILLS AMENITIES, LLC

DAVID HARPER, ET AL.,

    Appellants,

v.                                        Case No. 8:21-cv-1057-CEH

HEATHER HILLS AMENITIES, LLC

    Appellee.

_____/

**MOTION FOR LEAVE TO FILE
AMICUS CURIAE BRIEF IN SUPPORT OF
GRANTING APPELLANTS'
MOTION FOR REHEARING AND
<u>REVERSING THE DECISION APPEALED</u>**

    Pursuant to Rule 29, Federal Rules of Appellate Procedure, undersigned counsel, Frederic B. O'Neal, Esq., moves this Court for leave to file an Amicus Curiae Brief (filed here with) in support of Appellants' Motion for Rehearing and in support of reversing the decision appealed.

    In support hereof, undersigned counsel would show the Court that undersigned counsel is an attorney, licensed to practice law in the State of Florida, with the focus of his practice being the representation of homeowners against

developers and homeowners' associations.[1]  During the course of his practice, he has litigated extensively against restrictive amendments, such as the 55+ amendment involved here.[2]   He has also extensively litigated issues arising under ch. 712 ("Marketable Record Title Act" or "MRTA"), Florida Statutes[3]  and Part III ("Covenant Revitalization") of ch. 720, Florida Statutes.

His direct interest in this case arose when first informed about the decision below by Appellants' co-counsel, Thomas Whitaker.  Mr. Whitaker was aware of the focus of undersigned counsel's practice as he had consulted with undersigned counsel earlier about the requirements for filing an action under Section 712.12, Florida Statutes, in state court.  Mr. Whitaker later informed undersigned counsel about this Court's affirmance of the decision below.  At that point, undersigned counsel became alarmed that, if the decision below were allowed to stand, it had

---

[1] Undersigned counsel's website can be found at HOAslayer.com.

[2] For example, undersigned counsel represented the successful appellees in Rogers v. Windmill Pointe Village Club Association, Inc., 967 F.2d 525 (11th Cir. 1992), a case involving a 55+ amendment.  Undersigned counsel also authored the underlying homeowners' complaint discussed in Limetree Village Community Club Association, Inc. v. State Farm General Insurance Company, 980 F.2d 1402 (11th Cir. 1993), another case involving a 55+ amendment.

[3] For example, undersigned counsel represented the successful appellees in Sand Lake Hills Homeowners Association, Inc. v. Busch, 210 So.3d 706 (Fla. 5th DCA 2017), a case involving the interpretation and application of MRTA.  Undersigned counsel also represented the successful appellants in Lyday v. Myakka Valley Ranches Improvement Association, Inc., 279 So.3d 733 (Fla. 2d DCA 2019), another case involving the interpretation and application of MRTA.

the potential to upend undersigned counsel's practice, as well as longstanding, Florida statutory and case law overridden or ignored by the decision below.

Allowing undersigned counsel to file his proposed brief is desirable as it will give the Court the perspective of an attorney who has long practiced in the areas of state law affected by the decision below and what he sees as the potential impact of that decision if allowed to stand as precedent. Additionally, the matters asserted in his proposed brief are, in undersigned counsel's opinion, extremely relevant to the disposition of this case.

## Certificate of Interested Persons

The undersigned counsel certifies that the following listed persons have an interest in the outcome of this case. These representations are made in order that this Court may evaluate possible disqualification or recusal.

1. Heather Hills Amenities, LLC, Appellee
2. Heather Hills Estates, LLC
3. Heather Hills Property Owners Association, Inc.
4. Lake Shore Management, Inc.
5. Carlton Fields, P.A., Attorney for Appellee
6. Cole II, R. John

7. Cole and Cole Law, P.A.

8. Foell, Nathaniel, Attorney for Appellee

9. Johnson, Pope, Bokor, Ruppel, and Burns, LLP, Attorney for Debtor

10. Lang, Joseph, Attorney for Appellee

11. Markham, Michael C., Attorney for Debtor

12. Martin, Benjamin G., Esq., Attorney for Appellant

13. McEwen, Honorable Catherine Peek, Bankruptcy Judge

14. McLeroy, Kathleen S., Attorney for Appellee

15. Office of United States Trustee

16. Whitaker Jr., Thomas P., Attorney for Plaintiffs

17. Blanchard, John

18. Connelly, Rod

19. Cox, Dennis

20. Cox, Suzanne

21. Darrell, Eugene

22. Deslaueriers, Alice,

23. Franz, Leterna

24. Gunn, Kenna

25. Harper, David

26. Michels, James

27. Stephens, Rick

28. Stephens, Chris

29. Todd, Dennis

30. Todd, Josefina

31. Woods, Crystal

32. O'Neal, Frederic B., Amicus Curiae

.

        *s/Frederic B. O'Neal, Esq.*

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically on this 8th day of April, 2022, on the following persons:

Kathleen S. McLeroy, Esq.
Benjamin G. Martin, Esq.
Thomas P. Whitaker, Esq.

        *s/ Frederic B. O'Neal, Esq*.
        Florida Bar No. 0252611
        P.O. Box 842
        Windermere, FL 34786
        (407) 719-6796
        fredonealatlaw@aol.com